IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**CARLOS HINDS,**          **CASE NO: 1:13-CV-03959-TWT**

      **Plaintiff,**

vs.

**SYCAMORE PROPERTY**
**MANAGEMENT, LLC, A**
**GEORGIA LIMITED**
**LIABILITY COMPANY,**

      **Defendant.**
_____ /

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, CARLOS HINDS., and Defendant, SYCAMORE PROPERTY MANAGEMENT, LLC, hereby stipulate to entry of an order dismissing this action **WITH PREJUDICE.** *See Anago Franchising, Inc. v. Shaz LLC*, No. 10-95098, slip op. (11th Cir. April 23, 2012)("we find that the plain language of Rule 41(a)(1)(A)(ii) requires that a stipulation filed pursuant to that subsection becomes self-executing and dismisses the case upon its becoming effective").

Date: November 10, 2014.

| | |
|---|---|
| **/s/ C. Ryan Morgan** <br> C. Ryan Morgan, Esq. <br> Georgia Bar No. 711884 <br> Morgan & Morgan, P.A. <br> 20 N. Orange Ave., 14th Floor <br> Orlando, FL 32802-4979 <br> Telephone:  (407) 420-1414 <br> Facsimile:   (407) 245-3401 <br> Email: rmorgan@forthepeople.com <br> *Attorneys for Plaintiff* | **/s/ Jay M. Barber** <br> Jay M. Barber, Esq. <br> Georgia Bar No.: 036823 <br> 1600 Parkwood Circle, Suite 400 <br> Atlanta, Georgia 30339 <br> Telephone: 678.336.7269 <br> Facsimile: 770.434.7376 <br> Email: <br> jay.barber@taylorenglish.com <br> *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 10th day of November, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Jay Michael Barber, Esquire,  Taylor English Duma LLP, 1180 Peachtree Street NE, Suite 2900, Atlanta, GA, 30309, Telephone: (404) 567-6574, Facsimile: (404) 467-8845, E-mail: jbarber@taylorenglish.com, *Attorney for Defendant*, on this 10th day of November, 2014.

                                                                   **/s/ C. Ryan Morgan** <br>
                                                                   C. Ryan Morgan, Esq.